**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 1:07CR501 |
| Plaintiff(s) | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Louis L. Driscoll | ) | |
| Defendant(s) | ) | |

A hearing was conducted on April 9, 2012, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release.  The defendant Louis L. Driscoll and his counsel, Charles Fleming appeared.  A report and recommendation was filed on March 8, 2012 by Magistrate Judge George J. Limbert.  (See ECF #28).  The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the Court will modify the defendant's supervised release to include as a condition of supervised release that the defendant be placed for a period of 45 days in a halfway house at the direction of the probation officer.

April 10, 2012                                              *s/David D. Dowd, Jr.*
   Date                                                        DAVID D. DOWD, JR.
                                                                     U. S. DISTRICT JUDGE